RECEIVED
JUL 30 2013
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED
JUL 25 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
6140 STONERIDGE MALL RD. SUITE 250
PLEASANTON, CA 94588
Telephone: (925) 621-1900
Fax: (925) 621-1901

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: PATRICIA MAY TAVENNER

Debtor(s)

Case No: 12-44729 MEH13

CHAPTER 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,958.13 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 12-44729 MEH13 | PATRICIA MAY TAVENNER<br>C/O SALEM HOME<br>2361 EAST 29TH ST. #266<br>OAKLAND, CA 94606 | $ DEBTOR REFUND | $ 2,958.13 |

Total Unclaimed Dividends $ 2,958.13

Dated: July 23, 2013

Martha G. Bronitsky, Chapter 13 Trustee